IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-189-GCM

SNS HOSPITALITY, LLC,

Plaintiff,

v.

CIS ASSOCIATES, LLC, GF MANAGEMENT, INC., G.F. MANAGEMENT OF NORTH CAROLINA, LLC, and BARBARA EVANS,

Defendants.

ORDER ON AMENDED JOINT MOTION FOR EXTENSION OF DEADLINES

Upon the parties' Joint Motion for Extension of Deadlines, and for good cause shown, **IT IS HEREBY ORDERED ADJUDGED AND DECREED** that the Pretrial Order and Case Management Plan be amended to reflect the following new deadlines:

a. The information required by Fed. R. Civ. P. 26(a)(2) shall be due from Plaintiff on **April 1, 2011**.
b. The information required by Fed. R. Civ. P. 26(a)(2) shall be due from Defendants on **June 1, 2011.**
c. The discovery period shall end on **July 31, 2011**.
d. All dispositive motions shall be submitted by **September 15, 2011**.
e. This case shall be added to the trial calendar for **February 2012**.

Signed: February 18, 2011

Graham C. Mullen
United States District Judge