IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-189-GCM-DCK

| | |
|---|---|
| SNS HOSPITALITY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CIS ASSOCIATES, LLC, GF ) | |
| MANAGEMENT, INC., G.F. ) | |
| MANAGEMENT OF NORTH CAROLINA ) | |
| LLC, and BARBARA EVANS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Reconsideration Of August 3, 2011 Order" (Document No. 57) filed August 4, 2011. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the undersigned will deny the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion For Reconsideration Of August 3, 2011 Order" (Document No. 57) is respectfully **DENIED WITHOUT PREJUDICE**. If necessary, the parties may file a renewed request to amend the trial date at a later time.

Signed: August 4, 2011

David C. Keesler
United States Magistrate Judge